DAVIS, Appellant, vs. DAVIS, Respondent.

For the appellant: *Olin & Butler* of Madison.
For the respondent: *Hall, Baker & Hall* of Madison.

*By the Court.*—Order affirmed.

*June 21, 1937.*

NYS, Respondent, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY and others, Appellants.

For the appellants: *Bender, Trump & McIntyre* of Milwaukee.

For the respondent: *Kaftan, Rahr & Kaftan* of Green Bay.

*By the Court.*—Judgment affirmed.

ANDERSON, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Hall, Baker & Hall* of Madison.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Highway Trailer Company and Liberty Mutual Insurance Company: *Otjen & Otjen* of Milwaukee.

*By the Court.*—Judgment affirmed.